# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

MICHAEL DAVID NAZARIO,                    Civil No. 12-0554 (JRT/AJB)

                        Plaintiff,

v.                                        **ORDER ADOPTING REPORT
                                            AND RECOMMENDATION**

JUDGE KATHERINE QUAINTANCE,
KARIN L. CHEDISTER, DIANE
KASSLER, DEBORAH SILVERSTEIN,
AND HENNEPIN COUNTY SHERIFF
DEPARTMENT,

                        Defendants.

_____

> Michael David Nazario, 3233 Central Avenue NE, Minneapolis, MN 55418, pro se plaintiff.
>
> Thomas Vasaly, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101, for Defendant Judge Katherine Quaintance.
>
> Beth Stack and Toni Beitz, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY**, 300 South Sixth Street, Suite C-2000, Minneapolis, MN 55487, for Defendants Karin Chedister, Diane Kassler, Deborah Silverstein and Hennepin County Sheriff Department.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan, dated August 3, 2012 [Docket No. 36]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     The Amended Motion to Dismiss of Defendants Karin L. Chedister, Diane

Kassler, Deborah Silverstein, and Hennepin County Sheriff Department [Docket No. 17]

is **GRANTED**;

2.  Defendant Judge Quaintance's Motion to Dismiss Amended Complaint [Docket

No. 19] is **GRANTED**; and

3.  The complaint [Docket No. 1] and amended complaint [Docket No. 16] are

**DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 22, 2012
at Minneapolis, Minnesota                    _____s/John R. Tunheim_____
                                             JOHN R. TUNHEIM
                                             United States District Judge